# EXHIBIT A




**FIVE STAR ADVERTISING**

6247 EL DIENTE PEAK PL
CASTLE ROCK, CO 80108
Tel. 303-320-3717 Fax. 303-308-3002
info@fivestaradvertising.net
www.fivestaradvertising.net

DATE: October 1, 2019
TO: GREG STONE   STONE & CO

We offer Promotional Apparels and Custom Vinyl Banners.
To check all available items, please visit our website
www.companycasuals.com/fivestaradvertising, or
www.sportswearcollection.com/fivestaradvertising

| Group | Items | Colors | Sizes | Price |
|---|---|---|---|---|
| **Fleece Apparel**<br>13.8 oz. non-pill polar fleece | F219, (L219)<br>Fleece Full Zip Vest | Black, Navy, Royal, Deep Smoke, Iron Grey, Red, Forest Maroon | S ~ XL<br>2X/3X<br>4X/5X | $17.99<br>19.49/22.49<br>23.99/26.99 |
| | F218<br>Fleece ¼ Zip Pullover | | S ~ XL<br>2X/3X<br>4X/5X | $19.49<br>20.99/23.99<br>25.49/28.49 |
| | F217, (L217)<br>Fleece Full Zip Jacket | | S ~ XL<br>2X/3X<br>4X/5X | $20.00<br>22.49/25.49<br>26.99/29.99 |
| **Jersey Knit Polo**<br>5.6 oz,<br>50%cotton/50% dryblend polyester | 8800<br>Jersey Polo Shirt | 19 colors | S ~ XL<br>2X ~ 5X | $10.60<br>$13.26 |
| | 8900,<br>Jersey Polo with Pocket | 6 colors | S ~ XL<br>2X ~ 5X | $10.60<br>$14.86 |
| | 8800B,<br>Youth Jersey Polo | 16 colors | S ~ XL | $6.78 |
| **Dri-Mesh Polo**<br>3.5 oz, 100% Polyester, double mesh | K469<br>Men's Dr-Mesh Polo | White, Black, Navy, Red, Royal, Maroon, Dk.Green, Forest Green, Purple, Gold, Texas Orange, Kelly, Blueberry, Steel, | XS~ XL<br>2X~ 3XL<br>4XL | $16.49<br>17.99/20.99<br>22.49 |
| | L469<br>Ladies' Dr-Mesh Polo | | | |
| **Polo Shirt**<br>6.6 oz, 100% cotton | FS-101 (#82800)<br>Gildan - Premium Cotton Double Pique Sport Shirt | 21 colors | S ~ XL<br>2X ~ 5XL | $10.32<br>$14.25 |
| **Sport Shirt**<br>5 oz,<br>(65poly/35 cotton) | K500,<br>Men's Silk Touch Sport Shirt | 32 colors | XS~ XL<br>2X/3X<br>4X/5X<br>6X | $11.24<br>12.74/15.74<br>17.24/20.24<br>21.74 |
| | L500,<br>Ladies' Sport Shirt | 32 colors | | |
| **8 oz Sweatshirt**<br>(Gildan brand,<br>50% Cotton/<br>50% Polyester) | 18500,<br>Hooded Sweatshirt Pullover | 30 colors | S ~ XL<br>2X ~ 5X | $16.87<br>$20.19 |
| | 18600,<br>Hooded Sweatshirt Jacket | 16 colors | S ~ XL<br>2X ~ 5X | $23.34<br>$27.79 |
| | 18000,<br>Crewneck Sweatshirt | 32 colors | S ~ XL<br>2X ~ 5X | $10.26<br>$12.97 |
| **Roll Up Banner** | Material: 15 oz mat PVC<br>.JPG, PNG, AI, EPS<br>- 100 dpi in actual size | Full Color (CMYK)<br>(Please Email your photos or art files) | 33.5" x 79" | $95.00/ea. |

Custom Embroidery: $1.00/pc (up to 6,000 stitch logo)
To delete fax number, please call 1-800-627-3820