Printed: 12/13/2019 8:41:14AM
By: dharlan

# Douglas County Sheriff's Office - Civil Division
## Civil Process Affidavit

| | | |
|---|---|---|
| Sheriff # | 19002340 | Court of Origin: District Court |
| Docket # | 19-CV-03157-PAB | Papers Served: SUMMONS, COMPLAINT AND JURY DEMAND, EXHIBIT A, ORDER SETTING SCHEDULING CONFERENCE, CIVIL COVER SHEET |

**WENDELL H STONE COMPANY INC**
*Plaintiff*
   **vs.**
**FIVE STAR ADVERTISING, LLC AND JOHNNY LEE**
*Defendant*

**I certify that I have served this process on:** FIVE STAR ADVERTISING LLC

**Service Status:** Served

By means of **Corporate Service**:   **Name:** JOHNNY LEE
                                     **Title:** REGISTERED AGENT

FIVE STAR ADVERTISING LLC
*Name of Defendant*                              Sex          Race              DOB

6247 EL DIENTE PEAK Pl  Castle Rock CO 80108
*Address of Defendant*

JOHNNY YEON LEE                                  MALE                           3/6/1957
*Name of Defendant*                              Sex          Race              DOB

6247 EL DIENTE PEAK PLACE  CASTLE ROCK CO 80104
*Address of Defendant*

6247 EL DIENTE PEAK Pl  Castle Rock CO 80108
*Address of Service*

**Fees:**

| | |
|---|---|
| Mileage | 6.00 |
| Refund(s) | |
| Service Fee | 45.00 |
| **Total Fees:** | **51.00** |
| *Deposit(s):* | 51.00 |
| *Balance Due:* | 0.00 |

**Tony Spurlock, Sheriff**    By: K. True 0613                    KIMBERLY DIANE TRUE 0613
                                  *Deputy's Signature*             *Deputy's Name and Badge #*

**Served, this 12 day of December, 2019 at 9:06 am**

---

State of Colorado
County of Douglas
The foregoing instrument was acknowledged before me this December 13, 2019 by

*Deputy's signature & OSN*

*Notary Signature*                                      *Notary Seal*

Tyler Technologies   CO_Douglas_CivilProcessAffidavit.rpt