# Douglas County Sheriff's Office - Civil Division
## Civil Process Affidavit

| | |
|---|---|
| Sheriff #   19002340 | Court of Origin: District Court |
| Docket #   19-CV-03157-PAB | Papers Served: SUMMONS, COMPLAINT AND JURY DEMAND, EXHIBIT A, ORDER SETTING SCHEDULING CONFERENCE, CIVIL COVER SHEET |

**WENDELL H STONE COMPANY INC**
*Plaintiff*

**vs.**

**FIVE STAR ADVERTISING, LLC AND JOHNNY LEE**
*Defendant*

I certify that I have served this process on: JOHNNY YEON LEE

**Service Type:** Personal          **Service Status:** Served

| JOHNNY YEON LEE | MALE | | 3/6/1957 |
|---|---|---|---|
| *Name of Defendant* | *Sex* | *Race* | *DOB* |

6247 EL DIENTE PEAK PLACE  CASTLE ROCK CO 80104
*Address of Defendant*

6247 EL DIENTE PEAK Pl  Castle Rock CO 80108
*Address of Service*

**Fees:**
  Mileage
  Refund(s)
  Service Fee                        _____
  *Total Fees:*
  *Deposit(s):*                      _____
  *Balance Due:*

| | | |
|---|---|---|
| Tony Spurlock, Sheriff | By: K. True 0613 | KIMBERLY DIANE TRUE 0613 |
| | *Deputy's Signature* | *Deputy's Name and Badge #* |

**Served, this 12 day of December, 2019 at 9:06 am**

---

State of Colorado
County of Douglas
The foregoing instrument was acknowledged before me this December 13, 2019 by

_____
Deputy's signature & OSN

Notary Signature                    Notary Seal