**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case 1:19-cv-03157-PAB-STV

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

      Plaintiff,

v.

FIVE STAR ADVERTISING, LLC, a Colorado limited liability company, and JOHNNY LEE, an individual,

      Defendants.

---

**CERTIFICATE OF SERVICE OF PLAINTIFF'S REQUEST FOR
ENTRY OF DEFAULT AGAINST JOHNNY LEE**

---

      I, Taylor T. Smith, hereby certify that on January 24, 2020, I served a copy of the following documents: Plaintiff's Request for Entry of Default Against Johnny Lee, the Affidavit In Support of Plaintiff's Entry of Default Against Johnny Lee, and the Proposed Clerk's Entry of Default Against Johnny Lee upon Johnny Lee by placing a copy of each in a postage-paid envelope addressed to Johnny Lee, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

    Addressee:    Johnny Lee
                        6247 El Diente Peak Pl.
                        Castle Rock, CO 80108

    Dated this 24th day of January 2020.

                                                /s/ Taylor T. Smith
                                                Taylor T. Smith