# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case 1:19-cv-03157-PAB-STV

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

        Plaintiff,

v.

FIVE STAR ADVERTISING, LLC, a Colorado limited liability company, and JOHNNY LEE, an individual,

        Defendants.

---

## [PROPOSED] CLERK'S ENTRY OF DEFAULT AGAINST JOHNNY LEE

---

Pursuant to 55(a) of the Federal Rules of Civil Procedure and upon application by Plaintiff, default is hereby entered against Defendant Johnny Lee.

DEFAULT ENTERED this ____ day of _____ 2020

                                                          _____
                                                              Clerk of Court