**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case 1:19-cv-03157-PAB-STV

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

        Plaintiff,

v.

FIVE STAR ADVERTISING, LLC, a Colorado limited liability company, and JOHNNY LEE, an individual,

        Defendants.

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST
FIVE STAR ADVERTISING, LLC**

Plaintiff Wendell H. Stone Company, Inc. ("Plaintiff" or "Stone"), hereby respectfully moves to have this Court enter default against Defendant Five Star Advertising, LLC ("Defendant" or "Five Star"). Entry of Default is proposed against Five Star because it has failed to answer or otherwise respond to Plaintiff's Class Action Complaint. Defendant Five Star was served on December 12, 2019 (dkt. 12) and to date has not responded.

The Affidavit of Default, attached hereto as Exhibit A, further supports this request.

        Respectfully submitted,

Dated: January 24, 2020        **Wendell H. Stone Company, Inc.**, individually and on behalf of all others similarly situated,

        By:   /s/ Taylor T. Smith
                One of Plaintiff's Attorneys

1

        Steven L. Woodrow
        swoodrow@woodrowpeluso.com
        Patrick H. Peluso
        ppeluso@woodrowpeluso.com
        Taylor T. Smith
        tsmith@woodrowpeluso.com
        Stephen A. Klein
        sklein@woodrowpeluso.com
        Woodrow & Peluso, LLC
        3900 East Mexico Ave., Suite 300
        Denver, Colorado 80210
        Telephone: (720) 213-0675
        Facsimile: (303) 927-0809

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on January 24, 2020.

        /s/ Taylor T. Smith