# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case 1:19-cv-03157-PAB-STV

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

        Plaintiff,

v.

FIVE STAR ADVERTISING, LLC, a Colorado limited liability company, and JOHNNY LEE, an individual,

        Defendants.

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR**
**ENTRY OF DEFAULT AGAINST FIVE STAR ADVERTISING, LLC**

      I, Taylor T. Smith, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

      1.    I am one of the attorneys for Plaintiff Wendell H. Stone Company, Inc. ("Plaintiff" or "Stone") and the alleged Class in the above captioned matter. I am over the age of 18 and can competently testify to the matters set forth herein if called upon to do so.

      2.    Plaintiff's Complaint was filed on November 6, 2019 (Dkt. 1.)

      3.    A Summons directed to Defendant Five Star Advertising, LLC ("Defendant" or "Five Star") was issued on November 7, 2019. (Dkt. 6-1.)

4.  A copy of the Summons and Complaint were served on Defendant Five Star on December 12, 2019 (dkt. 12), placing Defendant Five Star's deadline to Answer or otherwise respond on January 2, 2020.

5.  To date, Defendant Five Star has not filed an Answer, entered an appearance, or contacted Plaintiff's counsel.

6.  Therefore, Plaintiff requests that the Court enter default against Defendant Five Star.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on January 24, 2020.

Respectfully,

/s/ Taylor T. Smith
Taylor T. Smith