# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case 1:19-cv-03157-PAB-STV

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

        Plaintiff,

v.

FIVE STAR ADVERTISING, LLC, a Colorado limited liability company, and JOHNNY LEE, an individual,

        Defendants.

## [PROPOSED] CLERK'S ENTRY OF DEFAULT AGAINST FIVE STAR ADVERTISING, LLC

Pursuant to 55(a) of the Federal Rules of Civil Procedure and upon application by Plaintiff, default is hereby entered against Defendant Five Star Advertising, LLC.

DEFAULT ENTERED this _____ day of _____ 2020

                                                               _____

                                                                   Clerk of Court