**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case 1:19-cv-03157-PAB-STV

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

        Plaintiff,

v.

FIVE STAR ADVERTISING, LLC, a Colorado limited liability company, and JOHNNY LEE, an individual,

        Defendants.

---

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AGAINST JOHNNY LEE**

---

Plaintiff Wendell H. Stone, Inc. ("Plaintiff" or "Stone"), hereby respectfully moves to have this Court enter default against Defendant Johnny Lee ("Defendant" or "Lee"). Entry of Default is proposed against Defendant Lee because he has failed to answer or otherwise respond to Plaintiff's Class Action Complaint. Defendant Lee was served on December 12, 2019 (dkt. 13) and to date has not responded.

The Affidavit of Default, attached hereto as Exhibit A, further supports this request.

                                            Respectfully submitted,

Dated: January 31, 2020                     **Wendell H. Stone Company, Inc.**,
                                                    individually and on behalf of all others
                                                    similarly situated,

                                            By:   /s/ Taylor T. Smith

                         One of Plaintiff's Attorneys

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Taylor T. Smith
tsmith@woodrowpeluso.com
Stephen A. Klein
sklein@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on January 31, 2020.

/s/ Taylor T. Smith