**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case 1:19-cv-03157-PAB-STV

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

        Plaintiff,

v.

FIVE STAR ADVERTISING, LLC, a Colorado limited liability company, and JOHNNY LEE, an individual,

        Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

WHEREAS, an alleged class action is pending before this Court entitled *Wendell H. Stone Company, Inc. v. Five Star Advertising, LLC, et al.*, Case No. 1:19-cv-03157-PAB-STV; and

WHEREAS, the Court has read and considered Plaintiff's Motion for Class Certification and the exhibit attached thereto ("Motion"). The Court, being fully advised in the premises, finds good cause being shown,

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED AS FOLLOWS:**

    1.    The Court finds as follows as to each of the requirements of Rule 23(a):

        a.  The Class is so numerous that joinder of all members is impractical;

        b.  There are questions of law and fact common to the Class and, thus, the

     commonality requirement is met;

  c. Plaintiff's claims are typical of the Class's claims; and

  d. Both Plaintiff and its counsel have no interests adverse to the Class and are adequate representatives.

2. The Court finds that Defendants have acted or refused to act on grounds generally applicable to the Class so as to justify certification pursuant to Rule 23(b)(2).

3. The Court also finds that the requirements to certify the Class pursuant to Rule 23(b)(3) are satisfied as well because common questions of law and fact predominate, and the class action mechanism is superior to all other available methods of adjudication.

4. Based upon the foregoing reasons, the Court grants Plaintiff's motion for class certification and finds that Plaintiff's Complaint satisfies the requirements of Rule 23 and therefore certifies the following Class:

> All persons who (1) on or after November 6, 2015, (2) were sent, by Defendants or on Defendants' behalf, (3) a telephone facsimile message substantially similar to Exhibit A, (4) from whom Defendants claim they obtained prior express permission or invitation to send those faxes in the same manner as Defendants claim they obtained prior express consent to fax the Plaintiff.

5. The Court hereby appoints Patrick H. Peluso and Taylor T. Smith as class counsel and Plaintiff Stone as the class representative.

**IT IS SO ORDERED.**

Dated:_____

                 Hon. Scott T. Varholak
                 United States Magistrate Judge