IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case 1:19-cv-03157-PAB-STV

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FIVE STAR ADVERTISING, LLC, a Colorado limited liability company, and JOHNNY LEE, an individual,

    Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT DISCOVERY

On March 17, 2021, the Court issued an Order granting Plaintiff's motion for class certification with respect to its proposed Rule 23(b)(2) class. (Dkt. 23 at 16.) At the same time, the Court denied without prejudice Plaintiff's proposed Rule 23(b)(3) class citing the need for an administratively feasible method to ascertain class members (*Id.* at 7) and ordered Plaintiff to file an amended motion for class certification under Rule 23(b)(3) within thirty (30) days (*Id.* at 17). Plaintiff now respectfully requests leave to conduct discovery prior to filing an amended motion for class certification. In support, Plaintiff states as follows:

"A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) . . . or when authorized by these rules, by stipulation, or by court order." Fed. R. Civ. P. 26(d)(1). Courts have held that post-default discovery is permissible and can be necessary to establish damages and identify potential class members. *See Fisher v.*

*TheVegasPackage.com, Inc.*, Case No. 2:19-cv-01613-JAD-VCF (Dkt. 22) (D. Nev. filed Sept. 13, 2019) (granting discovery following a defendant's default to ascertain absent class members); *TracFone Wireless, Inc. v. Technopark Co., Ltd.*, 281 F.R.D. 683, 691 (S.D. Fla. 2012) ("The Court finds such post-default discovery is permissible."); *Microsoft Corp. v. Raven Technology, Inc.*, No. 6:05-cv-1346-Orl-28DAB, 2007 WL 438803, at n.2 (M.D. Fla. Feb. 8, 2007) ("Of course, Microsoft could have pursued discovery, notwithstanding the default.").

Plaintiff now requests a 120-day period to conduct discovery to ascertain what records may be available to identify class members. Specifically, Plaintiff plans to serve third-party discovery, in the form of subpoenas, on the telephone service provider for the fax number (303) 308-3002 to obtain Defendants' outbound fax records. Plaintiff will then utilize the fax records to identify the specific fax numbers that received a fax from Defendants as well as the number of faxes that each received. Further, Plaintiff is prepared to hire an expert witness to opine as to the facts and process, if necessary. This process will allow Plaintiff to demonstrate to the Court the number of individuals that were faxed, harassed, and harmed by Defendants' unlawful conduct. Plaintiff also requests permission to seek third-party discovery to determine whether Defendants have the financial ability to pay any potential judgment. In short, a brief period of discovery will enable Plaintiff to determine if an ascertainable class of individuals exists prior to refiling an amended motion for class certification with respect to the Rule 23(b)(3) class.

Accordingly, Plaintiff requests that the Court enter an order granting Plaintiff leave to conduct discovery for a period of 120 days and ordering such additional relief as it deems necessary, reasonable, and just.

Respectfully,

Dated: April 16, 2021

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

/s/ Taylor T. Smith
One of Plaintiff's Attorney

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Taylor T. Smith
tsmith@woodrowpeluso.com
Stephen A. Klein
sklein@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, Taylor T. Smith, hereby certify that on April 16, 2021, I served a true and accurate copy of the above titled document by first-class U.S. Mail, postage prepaid, and properly addressed to the following parties:

Five Star Advertising, LLC
6247 El Diente Peak Pl.
Castle Rock, CO 80108

Johnny Lee
6247 El Diente Peak Pl.
Castle Rock, CO 80108

/s/ Taylor T. Smith