IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case 1:19-cv-03157-PAB-STV

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

        Plaintiff,

v.

FIVE STAR ADVERTISING, LLC, a Colorado limited liability company, and JOHNNY LEE, an individual,

        Defendants.

## PLAINTIFF'S STATUS REPORT

Plaintiff Wendell H. Stone Company, Inc. ("Plaintiff") provides the following status report in response to the Court's October 6, 2021 Order (dkt. 29).

1.    On March 17, 2021, the Court issued an Order granting Plaintiff's motion for class certification with respect to its proposed Rule 23(b)(2) class. (Dkt. 23 at 16.) At the same time, the Court denied without prejudice Plaintiff's proposed Rule 23(b)(3) class citing the need for an administratively feasible method to ascertain class members. (*Id.* at 7.)

2.    On April 22, 2021, the Court granted Plaintiff's motion to conduct discovery related to class certification. (Dkt. 26.) Shortly thereafter, Plaintiff served a subpoena on NetstaffHR, Inc., Defendants' fax service provider. The subpoena sought documents relating to Defendants' fax account, along with all of the fax transmission records.

3.    NetstaffHR, Inc. responded to the subpoena and confirmed that it possessed an

account that was connected to the subject fax number. Unfortunately, NetstaffHR, Inc. informed Plaintiff that it no longer possesses any fax transmission records relating to the account.

4. Given that no fax records remain to identify individual class members, Plaintiff has decided to move forward with seeking a default judgment on behalf of itself as well as the certified Rule 23(b)(2) class.

5. Plaintiff's counsel is currently working to draft the motion for default judgment. Plaintiff expects to file this motion on or before November 12, 2021.

Therefore, Plaintiff respectfully requests that the Court enter an order requiring Plaintiff to file its motion for default judgment on or before November 12, 2021.

Respectfully,

Dated: October 8, 2021

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

 /s/ Taylor T. Smith
One of Plaintiff's Attorney

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Taylor T. Smith
tsmith@woodrowpeluso.com
Stephen A. Klein
sklein@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on October 8, 2021.

/s/ Taylor T. Smith