# Woodrow & Peluso LLC

Itemized Expense Report Stone v. Five Star

| Date | Type of Expense | | Amount |
|---|---|---|---:|
| 11/6/19 | Filing Fee | $ | 400.00 |
| 12/4/19 | Service of Process (First) - Front Range Legal Process Service, Inc. | $ | 120.00 |
| 3/3/20 | Service of Process (Second) - Douglas County Sheriff | $ | 51.00 |
| 4/27/21 | Service of Onvoy, LLC Subpoena | $ | 50.00 |
| 8/2/21 | Service of NetstaffHR Subpoena | $ | 88.00 |
|  | TOTAL | $ | **709.00** |