

**STATEMENT**  3/2/2020

Email: info@frlps.com
URL: www.frlps.com

Woodrow & Peluso, LLC
3900 E. Mexico Avenue
Suite 300
Denver, CO 80210

Send Payments To:
Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
Phone: (888) 387-3783
Fax: (877) 772-7377

Phone: (720) 213-0675

Statement covers Unpaid Invoices through 2/29/2020.

| Invoice | Inv. Date | Person Served | | | Amount | Status |
|---|---|---|---|---|---|---|
| 2019008059 | 11/27/2019 | Five Star Advertising, LLC | | | $35.00 | PAST 90 |

Wendell H Stone Company, Inc. individually and on behalf of all others similarly situated
Five Star Advertising, LLC a Colorado limited liability company; and Johnny Lee, an indivdual
Case: 19-CV-03157-PAB     Ref:

This home is located in Castle Pines Village. Mr. Lee does live here but has denied us access at the guard gate when he was contacted. The guard informed us that we must send the Douglas County Sheriff now since the home owner said he was not willing to let us into the community.

| | | | | |
|---|---|---|---|---|
| 6247 El Diente Peak Pl Castle Rock, CO 80108 | 1.00 | 35.00 | $35.00 | |
| Priority Rush Fee | 1.00 | 0.00 | $0.00 | |
| Excess Mileage | 1.00 | 0.00 | $0.00 | |
| Witness Fee Check | 1.00 | 0.00 | $0.00 | |
| Hourly Charge / Surveillance | 1.00 | 0.00 | $0.00 | |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | $0.00 | |

| 2019008060 | 11/27/2019 | Lee, Johnny | | | $85.00 | PAST 90 |
|---|---|---|---|---|---|---|

Wendell H Stone Company, Inc. individually and on behalf of all others similarly situated
Five Star Advertising, LLC a Colorado limited liability company; and Johnny Lee, an indivdual
Case: 19-CV-03157-PAB     Ref:

This home is located in Castle Pines Village. The defendant does live here but has denied us access at the guard gate when he was contacted. The guard informed us that we must send the Douglas County Sheriff now since the home owner said he was not willing to let us into the community.

| | | | | |
|---|---|---|---|---|
| 6247 El Diente Peak Pl Castle Rock, CO 80108 | 1.00 | 85.00 | $85.00 | |
| Priority Rush Fee | 1.00 | 0.00 | $0.00 | |
| Excess Mileage | 1.00 | 0.00 | $0.00 | |
| Witness Fee Check | 1.00 | 0.00 | $0.00 | |
| Hourly Charge / Surveillance | 1.00 | 0.00 | $0.00 | |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | $0.00 | |

Printed: 12/13/2019  8:41:14AM
By: dharlan

# Douglas County Sheriff's Office - Civil Division
## Civil Process Affidavit

| | | | |
|---|---|---|---|
| Sheriff # | 19002340 | Court of Origin: | District Court |
| Docket # | 19-CV-03157-PAB | Papers Served: | SUMMONS, COMPLAINT AND JURY DEMAND, EXHIBIT A, ORDER SETTING SCHEDULING CONFERENCE, CIVIL COVER SHEET |

**WENDELL H STONE COMPANY INC**
*Plaintiff*
  **vs.**
**FIVE STAR ADVERTISING, LLC AND JOHNNY LEE**
*Defendant*

**I certify that I have served this process on:** FIVE STAR ADVERTISING LLC

**Service Status:** Served

By means of **Corporate Service**:   **Name:** JOHNNY LEE
                                      **Title:** REGISTERED AGENT

| Name of Defendant | Sex | Race | DOB |
|---|---|---|---|
| FIVE STAR ADVERTISING LLC | | | |

6247 EL DIENTE PEAK Pl  Castle Rock CO 80108
*Address of Defendant*

| Name of Defendant | Sex | Race | DOB |
|---|---|---|---|
| JOHNNY YEON LEE | MALE | | 3/6/1957 |

6247 EL DIENTE PEAK PLACE  CASTLE ROCK CO 80104
*Address of Defendant*

6247 EL DIENTE PEAK Pl  Castle Rock CO 80108
*Address of Service*

**Fees:**
| | |
|---|---:|
| Mileage | 6.00 |
| Refund(s) | |
| Service Fee | 45.00 |
| **Total Fees:** | **51.00** |
| Deposit(s): | 51.00 |
| Balance Due: | 0.00 |

**Tony Spurlock, Sheriff**   By:  *K. True 0613*
                                  *Deputy's Signature*                KIMBERLY DIANE TRUE 0613
                                                                      *Deputy's Name and Badge #*

**Served, this 12 day of December, 2019 at 9:06 am**

---

State of Colorado
County of Douglas
The foregoing instrument was acknowledged before me this December 13, 2019 by

| Deputy's signature & OSN | |
|---|---|
| Notary Signature | Notary Seal |

Tyler Technologies    CO_Douglas_CivilProcessAffidavit.rpt

## Douglas County Sheriff's Office - Civil Division
## Civil Process Affidavit

Sheriff #    19002340
Docket #    19-CV-03157-PAB

Court of Origin:  District Court
Papers Served:  SUMMONS, COMPLAINT AND JURY DEMAND, EXHIBIT A, ORDER SETTING SCHEDULING CONFERENCE, CIVIL COVER SHEET

**WENDELL H STONE COMPANY INC**
*Plaintiff*
**vs.**
**FIVE STAR ADVERTISING, LLC AND JOHNNY LEE**
*Defendant*

**I certify that I have served this process on:** JOHNNY YEON LEE

**Service Type:**  Personal               **Service Status:** Served

| JOHNNY YEON LEE | MALE | | 3/6/1957 |
|---|---|---|---|
| *Name of Defendant* | *Sex* | *Race* | *DOB* |

6247 EL DIENTE PEAK PLACE  CASTLE ROCK CO 80104
*Address of Defendant*

6247 EL DIENTE PEAK Pl  Castle Rock CO 80108
*Address of Service*

**Fees:**
  Mileage
  Refund(s)
  Service Fee
  *Total Fees:*
  *Deposit(s):*
  *Balance Due:*

**Tony Spurlock, Sheriff**     By: K. True 0613
                                *Deputy's Signature*

KIMBERLY DIANE TRUE 0613
*Deputy's Name and Badge #*

**Served, this 12 day of December, 2019 at 9:06 am**

---

State of Colorado
County of Douglas
The foregoing instrument was acknowledged before me this December 13, 2019 by

*Deputy's signature & OSN*

*Notary Signature*                     *Notary Seal*

Illinois Process Servers
40 Hickory Point
Springfield, IL 62712

**Illinois Process Servers, LLC**
40 HICKORY POINT
SPRINGFIELD, IL, 62712       Phone (217)-241-1335    Fax (217)-679-4081

Tax ID 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

**Customer**
WOODROW & PELUSO, LLC.
3900 EAST MEXICO AVE. SUITE.300
DENVER, CO, 80210         Phone: (720)-213-0676   Fax:

**Invoice#** 62825

Date Of Invoice: 4/27/2021

Plaintiff: WENDELL H STONE COMPANY
Court CaseID: 1:19-CV-03157   Firm#        Case Returned Date: 4/27/21
Process Server: JOHN PENNELL                ProcessType: SUBPOENA TO PRODUCE

Defendant:#1 ONVOY, LLC.                    Type Of Service: CORPORATE SERVICE
Person Served: DEAN TIMM, AUTHORIZED AGENT  Date Of Service: 4/27/2021   Time: 2:09 PM
Sex MALE   Age 65   Height 5'10"   Build 180#   Hair Color GRAY   Race WHITE

Defendant:#2                                Type Of Service:
Person Served:                              Date Of Service:    Time:
Sex   Age   Height   Build                  Hair Color   Race

Location  600 S 2ND ST #404, SPRINGFIELD, IL, 62704    Type Of Premise:

| | | | | |
|---|---|---|---|---|
| Delivery Charge | $50.00 | Skip Trace | $0.00 |
| Bad Address | $0.00 | Rush | $0.00 |
| Filing | $0.00 | Investigation | $0.00 |
| Database Charge | $0.00 | Mileage | $0.00 |

Payment Received Date:      **Total: $50.00**    Check No

The information is deemed reliable but is not guaranteed. There is a $25 fee for all NSF checks.
Payment due upon receipt. There is a 9% annum late charge on any unpaid balances.

**WOODROW&PELUSO**  Taylor Smith &lt;tsmith@woodrowpeluso.com&gt;

---

### DB Couriers Job #ES126089 Update

**info@dbcouriers.com** &lt;info@dbcouriers.com&gt;   Wed, Sep 21, 2022 at 1:13 PM
To: tsmith@woodrowpeluso.com

Hello Taylor Smith,

## UPDATED SERVE INFORMATION

| | |
|---|---|
| **Customer:** Woodrow and Peluso | **Job Number:** ES126089 |
| **Caller:** Taylor Smith | **Time Entered:** 2021-07-16 14:56:00 |
| **Caller's Phone #:** 720-907-7628 | **Ready At:** 2021-07-16 14:56:00 |
| **Caller's Email:** tsmith@woodrowpeluso.com | **Deliver By:** 2021-07-23 14:56:00 |
|  | **Delivered Time:** 2021-07-16 14:57:35 |
| **Price: $88.00*** | **Service Level / Type:** 1 Week / Service of Process |

**Name & Address of Business or Party To Be Served:**

Serve: Net Staff HR Registered Agent - William Hayes
25 7 Jackson St - Denver

*Final price subject to change.
Price includes four attempts to serve. Document Posting, Change of Address, Additional Person Served at Same Address, Return of Service Prepared, and additional Wait Time may result in additional charge to the job.

**Service of Process Attempts & Notes:**

| Date | Time | Notes |
|---|---|---|
|  |  |  |

**Job Notes:**

Subpoena



Since 1987.

## Customer Service Team

**Office:** (303) 571-5719
**Email:** info@dbcouriers.com
www.dbcouriers.com

*Full Front Range Coverage Since 1987*

