## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03157-PAB-STV

WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated,

      Plaintiff,

v.

FIVE STAR ADVERTISING, LLC, and
JOHNNY LEE,

      Defendants.

---

## CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCIVR 54.1

---

Plaintiff Wendell H. Stone Company, Inc. files this certification in compliance with D.C.Colo.LCivR 54.1. Despite repeated attempts to effectuate service on Defendants Five Star Advertising, LLC and Johnny Lee ("Defendants") and to contact both Defendants regarding this lawsuit, neither defendant has appeared in this action or contacted Plaintiff's counsel. As such, the Court entered default against both Defendants (dkts. 17, 20) and default judgment was entered (dkt. 34). Defendants' refusal to engage in this litigation has rendered Plaintiff's ability to confer regarding its proposed bill of costs (dkt. 35) unfeasible. Moreover, the entry of default against the Defendants effectively ends the case against both parties. *Brown v. Tennison*, No. 19-CV-00941-RM-SKC, 2022 WL 124748, at \*2 (D. Colo. Jan. 13, 2022). As such, Plaintiff files this certification to clarify that conferral with Defendants in not possible in this case. Nevertheless, Plaintiff will be prepared to substantiate such costs at the appearance before the Clerk, which is scheduled for Tuesday, September 27, 2022, at 9:30 a.m.

Dated:  September 23, 2022

**WENDELL H. STONE COMPANY, INC.**, individually and on behalf of all others similarly situated,

*/s/ Taylor T. Smith*
One of Plaintiff's Attorneys

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Taylor T. Smith
tsmith@woodrowpeluso.com
Stephen A. Klein
sklein@woodrowpeluso.com
**Woodrow & Peluso, LLC**
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Tel: (720) 213-0675
Facsimile: (303) 927-0898

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I, Taylor T. Smith, hereby certify that on September 23, 2022, I served a true and

accurate copy of the above titled document by first-class U.S. Mail, postage prepaid, and

properly addressed to the following parties:

Five Star Advertising, LLC
6247 El Diente Peak Pl.
Castle Rock, CO 80108

Johnny Lee
6247 El Diente Peak Pl.
Castle Rock, CO 80108

/s/ Taylor T. Smith

3